# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HERMAS LAZO,
#1067631,

    *Petitioner*,

vs.

WARDEN, *et al.*,

    *Respondents*.

2:13-cv-01205-JCM-VCF

ORDER

    In this habeas matter, neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition.

    IT THEREFORE IS ORDERED that, within thirty (30) days of entry of this order, petitioner shall submit either the required $5.00 filing fee or a properly completed application to proceed *in forma pauperis* with all required attachments. If petitioner pays the filing fee, he shall make the necessary arrangements to have one copy of this order attached to the check paying the filing fee. Failure to comply both fully and timely with this order will result in the petition being dismissed without further advance notice.

    The clerk of court shall send petitioner two copies of an *in forma pauperis* application form for incarcerated persons along with one copy of the instructions for same, as well as two copies of this order.

    DATED: July 11, 2013.

    _____
    JAMES C. MAHAN
    United States District Judge