# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HERMAS LAZO,

       Petitioner,                      2:13-cv-01205-JCM-VCF

vs.                                          **ORDER**

WARDEN, *et al.*,

       Respondents.

This is a habeas corpus proceeding under 28 U.S.C. § 2254. On September 4, 2014, respondents filed a motion to dismiss based on an argument that petitioner Lazo has presented the court with a wholly unexhausted petition. ECF No. 9. Lazo has filed no response to the motion. Having found the motion to be meritorious, the court shall dismiss this case. *See Jiminez v. Rice*, 276 F.3d 478, 481 (9th Cir.2001) ("Once [Appellee] moved for dismissal, the district court was obliged to dismiss immediately, as the petition contained no exhausted claims." (quotation marks and citation omitted)).

**IT IS THEREFORE ORDERED** that respondents' motion to dismiss (ECF No. 9) is GRANTED. This case is DISMISSED for complete lack of exhaustion. The clerk shall enter judgment accordingly.

1  **IT FURTHER IS ORDERED** that a certificate of appealability is DENIED, as jurists of
2  reason would not find the court's dismissal of this action to be debatable or incorrect.
3  Dated May 22, 2015.

_____
UNITED STATES DISTRICT JUDGE